IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARREN SCHRADER,                )
                                )
          Plaintiff,            )
                                )
vs.                             )   Case No. 13-cv-0161-MJR-SCW
                                )
CHECK & CREDIT REPORTING,       )
                                )
          Defendant.            )

ORDER REGARDING NOTICE OF DISMISSAL

REAGAN, District Judge:

Federal Rule of Civil Procedure 41(a)(1)(A) provides that a plaintiff may dismiss an action without a court order by filing either (i) a notice of dismissal before an opposing party serves an answer or summary judgment motion or (ii) a stipulation of dismissal signed by all parties who have appeared in the case. On April 23, 2013, Plaintiff in the above-captioned case filed a Notice of Voluntary Dismissal, explaining that this case has been fully settled between the parties and may be dismissed "with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjudicated" (Doc. 5).

Defendant had neither answered nor moved for summary judgment herein, so the stipulation "effected the immediate dismissal of the suit," and no action remains for the undersigned to take. *See Nelson v. Napolitano,* **657 F.3d 586, 588 (7th Cir. 2011).** This action has been **DISMISSED with prejudice** and without costs. The Clerk's Office shall close the case.

IT IS SO ORDERED.

DATED April 24, 2013.

                                              s/*Michael J. Reagan*
                                              Michael J. Reagan
                                              United States District Judge